# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Gina M. Righter

                       Plaintiff,

v.

Frank M Zuccarelli, et al.

                       Defendant.

Case No.: 1:09−cv−06375
Honorable James F. Holderman


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, November 12, 2009:


      MINUTE entry before the Honorable James F. Holderman: Defendants' motion to strike and dismiss the complaint pursuant to Rule 12(b)(6) [7] is moot. On plaintiff's oral request, this case is voluntarily dismissed without prejudice. Civil case terminated. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.